IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT H. WOLCOFF and HEATHER WOLCOFF,<br><br>             Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendants. | Case No. 3:08-CV-00032 (SLG) |

## **REVISED ORDER**

The Court having considered the stipulation submitted by the parties with respect to entry of final judgment and to vacate trial, and having considered the comments made at the status conference on September 25, 2012, hereby orders that:

1.    All of plaintiffs' remaining claims against the United States of America in this action are dismissed and final judgment shall be entered in favor of the United States of America and against the plaintiffs. The final judgment to be issued shall include an award for costs to be assessed and determined pursuant to FED. R. Civ. P. 54.

2.    Plaintiffs' right to appeal the final judgment with respect to all rulings made by the Court, with the exception of the Court's order at Docket 111, which was

previously appealed and affirmed by the Ninth Circuit, is expressly retained and reserved.

3. Notwithstanding plaintiffs' right to appeal the Court's final judgment, and regardless of any relief that the plaintiff's may seek or obtain as a result of the Court's final judgment, Plaintiffs will not assert any further claims with regard to the medical care provided by Dr. Kim Wright, including any claims that were asserted in this action or that could have been asserted regarding Dr. Wright's medical care.

4. The Court directs the clerk of the court to enter a final judgment which is consistent with the terms and conditions described above.

Dated at Anchorage, Alaska this 28th day of September 2012.

/s/ Sharon L. Gleason
U.S. District Court Judge