BRYAN SCHRODER
Acting United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: bryan.wilson@usdoj.gov
Florida Bar No. 0604501

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:08-CV-00032-SLG |
|---|---|
| Plaintiff, | ) **SATISFACTION OF JUDGMENT** |
| vs. | ) |
| ROBERT H AND HEATHER WOLCOFF, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through undersigned counsel, and hereby states that the judgment entered on October 11, 2012, in the above-captioned matter, has been paid in full. The Clerk of the United States District Court for the District of Alaska

is hereby authorized and empowered to satisfy and cancel said judgment of record.

The plaintiff hereby authorizes removal of the judgment lien which was recorded in the Palmer Recording District on September 25, 2014, at Document No. 2014-019089-0.

RESPECTFULLY SUBMITTED this 26th day of June, 2017, at Anchorage, Alaska.

>BRYAN SCHRODER
>Acting United States Attorney
>
>s/ E. Bryan Wilson
>E. BRYAN WILSON
>Assistant U.S. Attorney
>United States of America

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, a true and correct copy of the foregoing was served via U.S. first class mail on the following:

Robert H and Heather Wolcoff
2610 N. Windy Bottom
Wasilla, AK 99687

s/ E. Bryan Wilson
Office of the U.S. Attorney

U.S. v. Wolcoff
3:08-CV-00032-SLG                    Page 3 of 3